David N. Salmon, Esq.
Nevada Bar No. 7168
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
Phone (702) 382-9696
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, JR, an individual, | CASE No.: 2:24-CV-02121-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |
| GALLERIA CENTER, LLC, a limited liability company; DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40, | |
| Defendants. | |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, WILLIAM EDDINS, JR, and Defendant, GALLERIA CENTER, LLC, by and through their respective counsel, if applicable, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses. Currently, there is no scheduling order.

The parties stipulate and agree that the above-referenced dates, as well as any remaining dates, be vacated and that the case be closed.

IT IS SO STIPULATED AND AGREED.

Date: 4-2-25                                            Date 4-18-25

DAVID SALMON & ASSOCIATES, INC.

_/s/ David N. Salmon_                                   _/s/ Bert Adams_

David N. Salmon (7168)                                  Bert Adams
7495 W. Azure Dr., Suite 102                            (310) 567-7797
Las Vegas, Nevada 89130                                 Email: bhelvis@aol.com
(702) 382-9696                                          *Landlord*
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**. The Clerk of Court is kindly directed to close this case.

DATED: 4/22/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Submitted by:
DAVID SALMON & ASSOCIATES, INC.

_/s/ David N. Salmon_

David N. Salmon (7168)
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
(702) 382-9696
*Attorneys for Plaintiff*